FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 14, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>EUGENIO CERON-GUEVARA,<br><br>          Defendant. | No. 1:21-CR-02026-SAB-1<br><br>**ORDER DISMISSING**<br><br>**INDICTMENT AND QUASHING**<br><br>**WARRANT** |

Before the Court is the Government's Motion to Dismiss Indictment and Quash Arrest Warrant, ECF No. 8. The Government is represented by Thomas Hanlon.

The Government asks the Court to dismiss the Indictment filed the above-captioned case, pursuant to Federal Rule of Criminal Procedure 48(a). It also asks the Court to quash the associated warrant.

The Court makes no judgment as to the merit or wisdom of the motion.

//
//
//
//
//
//
//

**ORDER DISMISSING INDICTMENT AND QUASHING WARRANT** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1.  The United States' Motion to Dismiss Indictment and Quash Arrest Warrant, ECF No. 8, is **GRANTED**.

2.  Pursuant to Federal Rule of Criminal Procedure 48(a), the Indictment, ECF No. 1, is **DISMISED**, without prejudice.

3.  The Arrest Warrant issued on July 13, 2021, is **QUASHED**.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide a copy to counsel, and **close** the file.

**DATED** this 14th day of October 2025.



Stan Bastian
Chief United States District Judge

**ORDER DISMISSING INDICTMENT AND QUASHING WARRANT** # 2